**Robert Wade WHITMORE, Petitioner,**

v.

**DEPARTMENT OF LABOR,
Respondent.**

No. 2011–3084.

United States Court of Appeals,
Federal Circuit.

April 1, 2011.

Lauren A. Weeman, Department of Justice, James V. Blair, Jennifer M. Dillard, Department of Labor, Washington, DC, for Respondent.

Paula Dinerstein, Public Employees for Envir Respons, Washington, DC, for Petitioner.

ON MOTION

*ORDER*

Petitioner moves without opposition for reinstatement of their appeal. Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reinstatement is granted.

(2) The court's March 29, 2011, 2011 WL 7429496, dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.